# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| TERESA GARRARD, | : | Case No. 3:13-cv-00670-TBR |
| | : | |
| Plaintiff, | : | |
| | : | Judge Thomas B. Russell |
| v. | : | |
| | : | |
| CORRECTCARE INTEGRATED | : | |
| HEALTH, INC., *et al.,* | : | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the parties herein, by their undersigned counsel, hereby stipulate that this action be dismissed with prejudice. Each party will bear its own costs.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
LYNCH, COX, GILMAN & GOODMAN P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
(502) 589-4215
Fax: (502) 589-4994
Email: dhemminger@lynchcox.com
*Counsel for Plaintiff,*
*Teresa Garrard*

*/s/Jerry S. Sallee (w/ permission)*
Jerry S. Sallee
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH  45202
(513) 977-8378
Fax:  (513) 977-8141
E-mail:  jerry.sallee@dinsmore.com
*Counsel for Defendant,*
*CorrectCare Integrated Health, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on this 6th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

David W. Hemminger
LYNCH, COX, GILMAN & GOODMAN, P.S.C.
500 W. Jefferson Street, Suite 2100
Louisville, KY 40202
*Counsel for Plaintiff*

                                    */s/David W. Hemminger*
                                    David W. Hemminger